

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 9, 2025**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Barbara Choice Atkins** | § | **CASE NO. 25-30392-SWE-13** |
| | § | |
| **Debtor** | § | **CHAPTER 13** |
| | § | |

## ORDER OF DISMISSAL

Came on for review, the Debtor's Motion to Dismiss Chapter 13 Case. The Court is of the opinion that the dismissal is appropriate.

**IT IS, THEREFORE, ORDERED** that the above-referenced case be, and hereby is, dismissed, with prejudice for 180 days.

**###END OF ORDER ###**